UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                               §
                                     §
ALF COMMERCIAL INTERIORS INC.        §   Case No. 12-05800
                                     §
                                     §
        Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE COURT
    219 S. Dearborn
    Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 05/24/2013 in Courtroom ,
    United States Courthouse
    Joliet City Hall
    150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/11/2013    By: /s/ Michael G. Berland
                  Trustee


*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ALF COMMERCIAL INTERIORS INC. § Case No. 12-05800
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 15,000.00 |
| and approved disbursements of | $ 5,510.00 |
| leaving a balance on hand of[1] | $ 9,490.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 2,250.00 |
| Remaining Balance | | | $ 7,240.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 183,238.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Bank, FSB | $ 5,969.32 | $ 0.00 | $ 235.86 |
| 000002 | American Express Bank, FSB | $ 16,587.67 | $ 0.00 | $ 655.40 |
| 000003 | Chicago Painters and Decorators Fringe Benefit Fun | $ 14,310.25 | $ 0.00 | $ 565.42 |
| 000004 | Ohio Casualty Insurance Co | $ 12,000.00 | $ 0.00 | $ 474.13 |
| 000005 | Chicago Regional Council of Carpenters | $ 134,371.50 | $ 0.00 | $ 5,309.19 |

Total to be paid to timely general unsecured creditors  $ 7,240.00

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-05800-BWB
Alf Commercial Interiors Inc.                                   Chapter 7
        Debtor
# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox              Page 1 of 2          Date Rcvd: Apr 12, 2013
                              Form ID: pdf006         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2013.
```
db          +Alf Commercial Interiors Inc.,    3226 Lightning Court,    New Lenox, IL 60451-5609
18497454    +American Express,    P.O. Box 360001,    Ft Lauderdale, FL 33336-0001
19023412     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18497455     Bank of America,    P. O. Box 982235,    El Paso, TX 79998-2235
18497456     Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
18497457    +Chicago District Council/Carpenters,    12 East Erie Street,    Chicago, IL 60611-2796
18497458   #+Chicago Painters and Decorators,    Fringe Benefit Fund,    333 Pierce Road # 410,
              Itasca, IL 60143-3118
19147885    +Chicago Painters and Decorators Fringe Benefit Fun,    c/o Gregory W. Hose, Arnold and Kadjan,
              203 N. LaSalle St., #1650,    Chicago, IL 60601-1257
19238818    +Chicago Regional Council of Carpenters,    c/o Bruce C. Scalambrino,    Scalambrino & Arnoff, LLP,
              One North LaSalle Street, Suite 1600,    Chicago, IL 60602-3935
18497459    +Citibank/Home Depot,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
18497460    +HSBC Business Solutions/Menards,    P.O. Box 4160,    Carol Stream, IL 60197-4160
18497461    +Law Offices Arnold and Kadjan,    19 W Jackson Blvd,    Chicago, IL 60604-3910
18497462    +Liberty Surety First,    Bond Claim Department,    9450 Seward Road,    Fairfield, OH 45014-5412
19157334    +Ohio Casualty Insurance Co,    c/o Kazlow & Fields LLC,    8100 Sandpiper Circle, Ste 204,
              Baltimore, MD 21236-4999
18497464    +United Rentals,    P.O. Box 19633A,    Newark, NJ 07195-9633
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
19074269*     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18497463   ##+Sharon Larson,   3226 Lightning Court,   New Lenox, IL 60451-5609
                                                                                             TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2013**                **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: acox                  Page 2 of 2                  Date Rcvd: Apr 12, 2013
                              Form ID: pdf006             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2013 at the address(es) listed below:

        John A Reed    on behalf of Debtor    Alf Commercial Interiors Inc. barbf@thebankruptcylaw.com
        Michael G Berland    einstein829@earthlink.net, IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 3