UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ALF COMMERCIAL INTERIORS INC. §    Case No. 12-05800
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/MICHAEL G. BERLAND _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CAPUTO LAW FIRM | | | | | |
| LIOGEST, GLORIA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 10 United Rentals P.O. Box 19633A Newark, NJ 07195 | | | | | |
| | Creditor #: 2 Bank of America P. O. Box 982235 El Paso, TX 79998-2235 | | | | | |
| | Creditor #: 3 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Creditor #: 4 Chase P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Creditor #: 7 Citibank/Home Depot P.O. Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Creditor #: 8 HSBC Business Solutions/Menards P.O. Box 4160 Carol Stream, IL 60197 | | | | | |
| | Creditor #: 9 Liberty Surety First Bond Claim Department 9450 Seward Road Fairfield, OH 45014 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Law Offices Arnold and Kadjan 19 W Jackson Blvd Chicago, IL 60604-3958 | | | | | |
| 000003 | CHICAGO PAINTERS AND DECORATORS FRI | | | | | |
| 000005 | CHICAGO REGIONAL COUNCIL OF CARPENT | | | | | |
| 000001 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000002 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000004 | OHIO CASUALTY INSURANCE CO | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-05800 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|---|
| Case Name: | ALF COMMERCIAL INTERIORS INC. | | | | Date Filed (f) or Converted (c): | 02/17/12 (f) |
| | | | | | 341(a) Meeting Date: | 03/12/12 |
| For Period Ending: | 09/16/13 | | | | Claims Bar Date: | 08/09/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Accounts recievable Centigurad | 40,361.00 | 15,000.00 | | 15,000.00 | FA |
| 2. Desks, cabinets etc | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. Miscellenous hand tools etc | 1,500.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $43,861.00 | $15,000.00 | | $15,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee employed special counsel in connection the collection of an an account receivable. The Trustee filed a
Motion to compromise his itnerest in the acount recievable.

Initial Projected Date of Final Report (TFR): 12/31/15     Current Projected Date of Final Report (TFR): 12/31/15

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 17.03

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-05800 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | ALF COMMERCIAL INTERIORS INC. | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******8902  Checking Account |
| Taxpayer ID No: | *******4281 |  |  |
| For Period Ending: | 09/16/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 10/31/12 | 1 | Norcor Cicero Associates LLC |  | 1121-000 | 15,000.00 |  | 15,000.00 |
| 11/06/12 | 001001 | Caputo Law firm | Payment of special counsel per court order | 3210-000 |  | 5,000.00 | 10,000.00 |
| 03/08/13 | 001002 | Gloria Longest | Payment of acct per court order | 3410-000 |  | 500.00 | 9,500.00 |
| 03/08/13 |  | Congressional Bank | Congressional Bank Service Fee | 2600-000 |  | 10.00 | 9,490.00 |
| 05/28/13 | 001003 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 |  | 2,250.00 | 7,240.00 |
| 05/28/13 | 001004 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000001, Payment 3.95120% | 7100-900 |  | 235.86 | 7,004.14 |
| 05/28/13 | 001005 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000002, Payment 3.95113% | 7100-900 |  | 655.40 | 6,348.74 |
| 05/28/13 | 001006 | Chicago Painters and Decorators Fringe Benefit Fun<br>c/o Gregory W. Hose, Arnold and Kadjan<br>203 N. LaSalle St., #1650<br>Chicago, IL 60601 | Claim 000003, Payment 3.95115% | 7100-000 |  | 565.42 | 5,783.32 |
| 05/28/13 | 001007 | Ohio Casualty Insurance Co<br>c/o Kazlow & Fields LLC<br>8100 Sandpiper Circle, Ste 204<br>Baltimore, MD 21236 | Claim 000004, Payment 3.95108% | 7100-900 |  | 474.13 | 5,309.19 |
| 05/28/13 | 001008 | Chicago Regional Council of Carpenters<br>c/o Bruce C. Scalambrino<br>Scalambrino & Arnoff, LLP<br>One North LaSalle Street, Suite 1600 | Claim 000005, Payment 3.95113% | 7100-000 |  | 5,309.19 | 0.00 |
|  |  |  | Page Subtotals |  | 15,000.00 | 15,000.00 |  |

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-05800 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | ALF COMMERCIAL INTERIORS INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8902 Checking Account |
| Taxpayer ID No: | *******4281 | | | |
| For Period Ending: | 09/16/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60602 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 15,000.00 | 15,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 15,000.00 | 15,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 15,000.00 | 15,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8902 | 15,000.00 | 15,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 15,000.00 | 15,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*